THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GAVIN LEE BUCK,<br><br>   Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Acting Commissioner Social Security,<br><br>   Defendant. | CASE NO. C13-2283-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the order of the Ninth Circuit Court of Appeals reversing the judgment of this court and remanding for further administrative proceedings (Dkt. No. 32). Pursuant to the order, this case is REMANDED to the Commissioner for further proceedings consistent with the Ninth Circuit's order. (Dkt. No. 32.) The Clerk is directed to CLOSE this case.

//

//

//

//

MINUTE ORDER
C13-2283-JCC
PAGE - 1

1       DATED this 2nd day of November 2017.

William M. McCool<br>
Clerk of Court

/s/Tomas Hernandez<br>
Deputy Clerk

MINUTE ORDER
C13-2283-JCC
PAGE - 2